A. C. & H. M. HALL REALTY COMPANY, Appellant, *v.* V. A. C. CORPORATION et al., Respondents, et al., Undertenants.

Argued April 12, 1950; decided May 18, 1950.

*Abraham Wilson, John Kadel* and *W. Philip Van Kirk* for appellant.

*Harold J. Treanor* and *Kenneth E. McLaughlin* for respondents.

Order affirmed, with costs. This court does not read the Commercial Rent Law (L. 1945, ch. 3, as amd.) as imposing an obligation for rent upon a tenant who has surrendered the premises although a subtenant remains in possession of a portion thereof. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.